down) and be ready for argument when reached; otherwise, motion granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JACOB J. RITTOFF, Appellant, v. HENRIETTA L. BERGER RITTOFF, Respondent. Motion to dismiss appeal granted. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

PHILIP SCHMITT, Appellant, v. MALONE DAIRY COMPANY, Respondent, Impleaded with Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ALMA STEINORTH, Respondent, v. NASSAU ELECTRIC RAILROAD COMPANY and Another, Appellants.— Motion for stay of trial denied, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

RUDOLPH STEINORTH, Respondent, v. NASSAU ELECTRIC RAILROAD COMPANY and Another, Appellants.— Motion for stay of trial denied, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

LEO F. STURM, Respondent, v. JOHN KLINGER and Another, Appellants.— Motion for reargument of motion to dismiss appeal denied.— Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

TISDALE LUMBER COMPANY, Appellant, v. MEDTRADCO REALTY COMPANY, INC., and Others, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

EMMA WITTENBERG, Respondent, v. ANNIE WEISMAN, etc., and Others, Appellants.— Motion for stay denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

TILLIE ZOLLER, Respondent, v. DAVID FELDMAN and Another, Appellants.— Motion to dismiss appeal denied, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

BREZIRE REALTY CO., INC., Appellant, v. GRACE W. PARKS and Another, Respondents.— We make the following additional finding of fact: " Seventh-a. That the said conveyance by the defendant Grace W. Parks to the defendant G. W. Parks Realty Company, dated August 30th, 1923, was a ' dummy ' transaction, and not a bona fide conveyance." The judgment is unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

EDWIN CHICHESTER, Respondent, v. WILLIAM C. EGAR and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

JOHN S. GAYNOR, Respondent, v. MICHAEL J. GAYNOR and Another, Appellants.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

CHARLES GOLDSMITH, Respondent, v. SAMUEL DANGLER and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

In the Matter of the Application of the CITY OF NEW YORK, etc., Relative to Acquiring Title to Lands, etc., on Upper New York Bay, between Simonson Avenue, Clifton, and Arrietta Street, Tompkinsville, in the Borough of Richmond, etc,— Reargument ordered and case set down for Thursday, February 11, 1926.